PEOPLE et al. v. BEDEFF et al.

(Supreme Court, Appellate Division, First Department.   May 15, 1908.)

CRIMINAL LAW—CONFESSIONS—ADMISSION IN EVIDENCE.

    A voluntary confession made by accused, warned as to his rights, and without the use of any improper means to procure it, is properly received in evidence.

    [Ed. Note.—For cases in point, see Cent. Dig. vol. 14, Criminal Law, § 1161.]

Appeal from Court of General Sessions, New York County.

Morris Bedeff and another were convicted of crime, and from the judgment, and from an order denying a motion for a new trial, they appeal. Affirmed.

Argued before INGRAHAM, LAUGHLIN, CLARKE, HOUGHTON, and SCOTT, JJ.

Cambridge Livingston, for appellants.
Robert S. Johnstone, for respondents.

PER CURIAM. The only question in this case is as to the admissibility of the examination of the defendants before the magistrate, when they pleaded guilty of the commission of the crime charged, and of their confession to the police officer. The evidence shows that the confession was not extorted, or obtained by any improper means;

but that the defendants were properly warned as to their rights, and that it was purely voluntary.

No error appears to have been committed upon the trial, and the judgment and order is affirmed.